JULIANA SPERR, RESPONDENT, v. JOHN BIRCH, APPEL-
LANT.

Submitted March 24, 1919—Decided May 15, 1919.

On appeal from the Supreme Court, in which the following
*per curiam* was filed:

"This is an action of replevin, brought by the plaintiff to
recover the possession of an automobile. The case was tried
with a jury, who returned a verdict in favor of the plaintiff,
from which the defendant has appealed. There is no claim
set up, that the car did not belong to the plaintiff, but the
controversy is, that she lost title by negligence or estoppel.
The defendant specifies three defences, with respect to which
he is dissatisfied in point of law, viz., because the trial court
refused to nonsuit or direct a verdict, because the plaintiff
was estopped to deny the right of one George Leister to sell
and dispose of the automobile in question. These questions
are all matters of fact, on which the jury have found ad-
versely to the appellant's claim. There is an abundance of
evidence in the record to justify the jury's findings. The
judgment cannot be set aside on any of the above grounds.
*Faux* v. *Willett,* 69 *N. J. L.* 52. The judgment of the Dis-
trict Court of Perth Amboy is affirmed."

For the appellant, *Edmund A. Hayes.*

For the respondent, *Andrew J. Wight.*

PER CURIAM.

The judgment under review will be affirmed, for the rea-
sons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, TRENCHARD, PARKER, MINTURN, WHITE, HEPPEN-
HEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.